UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| In re NCAA STUDENT-ATHLETE NAME ) & LIKENESS LICENSING LITIGATION,) ) ) ) ) | NO. 4:09-01967 CW<br>Northern District of<br>California<br><br>NO. 3:11-mc-0055<br>Middle District of Tennessee |

### O R D E R

Nonparty Ohio Valley Conference ("OVC") has filed its motion pursuant to Rule 45(c)(3) of the Federal Rules of Civil Procedure to quash a subpoena for the production of documents served upon the OVC by plaintiffs (Docket Entry No. 1).

The District Judge has referred the OVC's motion to the undersigned Magistrate Judge, and has stayed response to the subpoena pending a disposition of the OVC's motion (Docket Entry No. 2).

Plaintiffs shall file their response to the OVC's motion to quash on or before **Monday, September 19, 2011**.

It is so **ORDERED**.

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge